WILLIAM W. CLARK COMPANY, INC., and Others, Respondents, v. JOSEPH KOSICH and Others, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

NATHAN COHEN, Appellant, v. A. F. A. REALTY CORPORATION, Respondent. BROADWAY MAGNOLIA REALTY CORPORATION, Appellant.— Judgment reversed upon the law and the facts, with costs, and judgment directed for plaintiff, with costs. In our opinion, the objections made by respondent to plaintiff's title and the reasons it gives for refusing to take title are without merit. Findings of fact inconsistent with this decision are reversed and new findings in support thereof will be made. In view of this decision the appeal from the order denying the motion to reopen the trial is dismissed, without costs. Lazansky, P. J., Rich, Young, Seeger and Carswell, JJ., concur. Settle order on notice.

JOSEPH F. CUNNEEN, Respondent, v. WILLIAM CLEVELAND REYER, Defendant, and WILLIAM TEMPLETON and JOHN TEMPLETON, Copartners, etc., Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Young, Kapper and Seeger, JJ.

CHARLES L. DOUGLAS, Appellant, v. THE NEW YORK, NEW HAVEN AND HARTFORD RAILROAD COMPANY, Respondent.*— Order granting defendant's motion to set aside service of summons and complaint and dismiss action affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ., concur.

DOWNTOWN MARKET, INC., Respondent, v. HOLDEN WAREHOUSES, INC., CHARLES E. HOLDEN and EDWARD G. HEDDEN, Appellants.— Order granting plaintiff's motion for summary judgment, and judgment entered thereon, unanimously affirmed, with ten dollars costs and disbursements. No opinion. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

JOHN T. EDWARDS, Appellant, v. JOHN J. BREEN and Others, Respondents.— Order granting motion for judgment on the pleadings, and judgment entered thereon, unanimously affirmed, with ten dollars costs and disbursements. No opinion. Present — Lazansky, P. J., Rich, Hagarty, Seeger and Carswell, JJ.

ARTHUR C. FELSCH, Appellant, v. SUNSET PARK RECREATION CORPORATION, Respondent.— Order denying motion for examination of defendant before trial, through Eugene Spitz, its president, reversed upon the law, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. Appellant's theory is that there were two agreements made between the parties to this action; that the first agreement was induced by fraud and subsequently set aside and a new agreement made; and that the consideration for the making of the new agreement was appellant's waiver of his right to rescind the first agreement because of fraud and to recover damages for a breach thereof. The action is based upon the subsequent agreement. We are of opinion that appellant is entitled to an examination of respondent, not only as to the alleged fraudulent statements which induced the making of the original agreement, but also as to the facts and circumstances surrounding the making of the new contract, as set forth in the complaint. Lazansky, P. J., Rich, Hagarty, Seeger and Carswell, JJ., concur.